IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CALVIN DEE FINCH,

    Petitioner,

v.                                                  No. CV 15-843 KG/CG

TOM HAVEL,

    Respondent.

## FINAL JUDGMENT

**THE COURT**, having issued the *Order Adopting Magistrate Judge's Proposed Finding and Recommended Disposition*, (Doc. 15), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Petitioner's claims are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                                           UNITED STATES DISTRICT JUDGE